*335 MR. JUSTICE HARRISON
dissenting.
I respectfully dissent.
The plaintiff’s allegations against Silver Bow County state a claim based upon negligence while the allegations against Jefferson County charge false arrest, false imprisonment, assault and battery and several constitutional violations.
The Court in State ex rel. Kesterson v. District Court (Mont. 1980), 614 P.2d 1050, 1052, 37 St. Rep. 1278, 1280, stated:
“In Deaconess Hospital, two counties disclaimed liability for one hospital payment for a welfare patient. Because it was necessary to determine which of the counties was the residence of the patient, and thus liable, both counties had to be joined as party defendants. This Court found that either county would be a proper one in which to prosecute the action. Deaconess Hospital, supra, 142 Mont, at 27-28, 381 P.2d at 298.
“In this case, the complaint does not allege that either Missoula county or Lake County was the exclusive cause of one injury. Rather, the pleadings indicate that the plaintiffs could have been damaged by the actions of either or both counties acting separately. In such a situation both counties are not necessary parties to one action, and the counties should be sued where they are located.” (Emphasis added.)
Here, it appears that each county, for its separate acts under the pleading, could be found liable to the plaintiff.
I would reverse and order that the action against Jefferson County and its officials be tried in Jefferson County.